```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 :
DANIELLE MONTOUR, *individually and on behalf of* :
*all other persons similarly situated*, :
 :                                  1:22-cv-1878-GHW
           Plaintiff, :
 :                                      ORDER
           -against- :
 :
COVID 19 RAPID TEST NYC INC., doing :
business as Rapid Test NYC, :
 :
           Defendant. :
 :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      Plaintiff's June 1, 2022 request to adjourn the initial pretrial conference, Dkt. No. 8, is granted. The initial pretrial conference scheduled for June 8, 2022 is adjourned to July 8, 2022 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's March 8, 2022 order are due no later than July 1, 2022. The mediation should take place at least two weeks prior to the initial pretrial conference. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

      SO ORDERED.

Dated: June 1, 2022
New York, New York
                                                  GREGORY H. WOODS
                                                United States District Judge