

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 100170
Main:  212.392.4772
Direct:  212.444.1024
doug@lipskylowe.com

www.lipskylowe.com

July 6, 2022

VIA ECF
The Honorable Gregory H. Woods, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 7/6/2022 |

**MEMORANDUM ENDORSED**

Re:     Montour v. Covid 19 Rapid Test NYC Inc., 1:22-cv-1878 (GHW)(RWL)

Dear Judge Woods:

This firm represents Plaintiff Danielle Montour in this website accessibility case. We submit this letter to respectfully request a two week adjournment of the July 8, 2022, 4:00 p.m. Initial Pretrial Conference.

Since the Court adjourned the conference from June 8 to July 8, the parties have engaged in meaningful settlement talks and are now very close to a resolution. We accordingly make this request to conserve the Court's and the parties' resources.

We appreciate the Court's consideration of this request and respectfully apologize for not sooner updating the Court.

Respectfully submitted,
LIPSKY LOWE LLP


s/ Douglas B. Lipsky
Douglas B. Lipsky

CC:     Michael Samuel (Via Email)

---

Application granted.  The initial pretrial conference scheduled for July 8, 2022 is adjourned to July 22, 2022 at 1:00 p.m.  The joint status letter and proposed case management plan described in the Court's March 8, 2022 order are due no later than July 15, 2022.  The mediation should take place at least two weeks prior to the initial pretrial conference. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated: July 6, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge