```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                                                                               :

DANIELLE MONTOUR, *individually and on behalf of* :
*all other persons similarly situated*,                       :
                                                                                        :    1:22-cv-1878-GHW
                                                        Plaintiff,      :
                                                                                    :       <u>ORDER</u>
                              -against-                :

COVID 19 RAPID TEST NYC INC., doing  :
business as Rapid Test NYC,                      :

                                            Defendant.   :
----------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On July 6, 2022, the Court ordered the parties to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than July 15, 2022. Dkt. No. 12. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than July 19, 2022

      SO ORDERED.

Dated: July 18, 2022  
New York, New York  
                                                                 GREGORY H. WOODS  
                                                         United States District Judge